**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Albert Charles BURGESS, Defendant–Appellant.**

**No. 15–6585.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 23, 2015.

Decided: July 28, 2015.

Albert Charles Burgess, Jr., Appellant Pro Se. Thomas Richard Ascik, Amy Elizabeth Ray, Assistant United States Attorneys, Asheville, North Carolina; Kimlani M. Ford, Cortney Randall, Edward R. Ryan, Assistant United States Attorneys, Charlotte, North Carolina, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Charles Burgess, Jr., appeals the district court's order denying his motion seeking an extension of time to file a Fed. R.Civ.P. 59(e) motion. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Burgess' informal briefs do not challenge the basis for the district court's

disposition, Burgess has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*